# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMA ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **GEOVERA ADVANTAGE INSURANCE SERVICES INC.** | **NO. 23-00867-BAJ-SDJ** |

## JUDGMENT

Considering Plaintiff's **Voluntary Motion To Dismiss Without Prejudice (Doc. 5)**, which the Court construes as a self-effectuating dismissal of the above captioned action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 20th day of November, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**